**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of California**

Case number (*If known*): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Megan**<br>First name<br>**Deanna**<br>Middle name<br>**Ryan**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | **Todd**<br>First name<br>**David**<br>Middle name<br>**Ryan**<br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Megan**<br>First name<br>**D**<br>Middle name<br>**Kee**<br>Last name<br>**Ryan Marketing Group, Inc.**<br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **8  3  8  1**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ | xxx - xx - **5  1  6  7**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 1 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

**About Debtor 1:**

**4.** **Your Employer Identification Number (EIN), if any.**

<u>8</u>  <u>2</u> - <u>2</u>  <u>7</u>  <u>4</u>  <u>4</u>  <u>4</u>  <u>1</u>  <u>1</u>
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**About Debtor 2 (Spouse Only in a Joint Case):**

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5.** **Where you live**

**2543 Pinot Way**
Number        Street

_____

**St. Helena, CA**
City                          State      ZIP Code

**Napa**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State      ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                          State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State      ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 2

## Part 2: Tell the Court About Your Bankruptcy Case

| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box. |
|----|----|----|

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

| 8. | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|----|----|----|

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

| 9. | **Have you filed for bankruptcy within the last 8 years?** | ☑ No. |
|----|----|----|

☐ Yes.

| District _____ | When _____ | Case number _____ |
|--|--|--|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No. |
|----|----|----|

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|--|--|--|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

| 11. | **Do you rent your residence?** | ☑ No.   Go to line 12. |
|----|----|----|

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 3 of 94

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**Ryan Marketing Group, Inc.**
Name of business, if any

**2543 Pinot Way**
Number        Street

_____

**Saint Helena**          **CA**      **94574-2317**
City                                        State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?
_____
Number      Street

_____
City                                    State      ZIP Code

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Megan Deanna Ryan**
Megan Deanna Ryan, Debtor 1
Executed on **01/10/2025**
MM/ DD/ YYYY

X **/s/ Todd David Ryan**
Todd David Ryan, Debtor 2
Executed on **01/10/2025**
MM/ DD/ YYYY

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 7 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ John Vos** _____ Date **01/10/2025** _____
Signature of Attorney for Debtor MM / DD / YYYY

**John Vos** _____
Printed name

**Vos Law Office** _____
Firm name

**1430 Lincoln Avenue** _____
Number    Street

_____

**San Rafael** _____ **CA**    **94901** _____
City State ZIP Code

Contact phone **(415) 485-5330** _____ Email address **dinosuar@aol.com** _____

**80790** _____ **CA** ___
Bar number State

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 8

Fill in this information to identify your case and this filing:

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **California**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **SFD 3bd 2 ba 1671 square feet**
   Street address, if available, or other description

   **2543 Pinot Way**

   **Saint Helena, CA 94574-2317**
   City        State        ZIP Code

   **Napa**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $1,858,900.00 | $1,858,900.00 |

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☑ Check if this is community property
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................... → | $1,858,900.00 |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1 | Make: | **BMW** |
|---|---|---|
| | Model: | **X5** |
| | Year: | **2023** |
| | Approximate mileage: | **16500** |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Other information:

**Leased**

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**unknown**

**Current value of the portion you own?**
**unknown**

If you own or have more than one, describe here:

| 3.2 | Make: | **Jeep** |
|---|---|---|
| | Model: | **Wrangler** |
| | Year: | **2018** |
| | Approximate mileage: | **68000** |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Other information:

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$20,000.00**

**Current value of the portion you own?**
**$20,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

| 4.1 | Make: | ____ |
|---|---|---|
| | Model: | ____ |
| | Year: | ____ |
| | Other information: | |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................. ➜ | **$20,000.00** |

---

**Part 3:**    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 10 of 94

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........  | Ordinary, reasonalbe houysehold goods and possesions |    $4,500.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........  | TV, cell phones, computers, printer miscell |    $1,000.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe. .........  | Painting, Simon Bull artist |    $200.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe. .........  | Boxing gym in Grage |    $900.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. .........  | 2 handguns |    $400.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. .........  | Clothes ($50-100 apiece) |    $5,000.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. .........  | Wedding bands, earrings, miscell modest costume jewelry |    $500.00

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☐ No

   ☑ Yes. Describe. .........  | 2 dogs |                                    $20.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific
   information. ...........

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here** ................................................................................................➜   | $12,520.00 |

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No

   ☐ Yes ...................................................................................................................... Cash: ...................

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses,
   and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No

   ☑ Yes ...................         Institution name:

   17.1. Checking account:  **Wells Fargo and BMO, varies, not over:**              $200.00

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No

   ☐ Yes ...................   Institution or issuer name:

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 12 of 94

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them....................

| Name of entity: | | % of ownership: | |
|---|---|---|---|
| _____ | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ | | _____ | _____ |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them....................

| Issuer name: | | |
|---|---|---|
| _____ | | _____ |
| _____ | | _____ |
| _____ | | _____ |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | _____ |
| Pension plan: | _____ | _____ |
| IRA: | _____ | _____ |
| Retirement account: | _____ | _____ |
| Keogh: | _____ | _____ |
| Additional account: | _____ | _____ |
| Additional account: | _____ | _____ |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 13 of 94

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ...................... Institution name or individual:

Electric: _____   _____

Gas: _____   _____

Heating oil: _____   _____

Security deposit on rental unit: _____   _____

Prepaid rent: _____   _____

Telephone: _____   _____

Water: _____   _____

Rented furniture: _____   _____

Other: _____   _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .................... Issuer name and description:

_____   _____

_____   _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   _____

_____   _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

| |
|---|
| |

_____

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 14 of 94

| 26. | **Patents, copyrights, trademarks, trade secrets, and other intellectual property** | |
| | *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements | |

☑ No

☐ Yes. Give specific
information about them. ...

_____

| 27. | **Licenses, franchises, and other general intangibles** | |
| | *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses | |

☑ No

☐ Yes. Give specific
information about them. ...

_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**28.** **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

Federal: _____

State: _____

Local: _____

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

_____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
    of each policy and list its value. ...     Company name:          Beneficiary:          Surrender or refund value:

    _____          _____          _____

    _____          _____          _____

    _____          _____          _____

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........     [                                  ]          _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. .............     [                                  ]          _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. .............     [                                  ]          _____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........     [                                  ]          _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................     ➡     [          $200.00 ]

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.

    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 16 of 94

38. **Accounts receivable or commissions you already earned**

     ☑ No

     ☐ Yes. Describe. .........    | |      _____

39. **Office equipment, furnishings, and supplies**

     *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

     ☐ No

     ☑ Yes. Describe. .........    **Desk, chair, printer etc.**      **$500.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

     ☑ No

     ☐ Yes. Describe. .........    | |      _____

41. **Inventory**

     ☑ No

     ☐ Yes. Describe. .........    | |      _____

42. **Interests in partnerships or joint ventures**

     ☑ No

     ☐ Yes. Describe .......

         Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

     ☑ No

     ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

         ☐ No

         ☐ Yes. Describe. .........    | |      _____

44. **Any business-related property you did not already list**

     ☐ No

     ☑ Yes. Give specific information .........

         **Ryan Marketing Group, Inc (former business, now defunct**      **$10.00**

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................ ➡      **$510.00**

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 17 of 94

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ......................... _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................... ➔ | **$0.00** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............ | Accrued, as yet unpaid wages, not over: | **$1,500.00** |

| | |
|---|---|
| 54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... ➡ | **$1,500.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................. ➡ | **$1,858,900.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$20,000.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$12,520.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$200.00** |
| 59. | **Part 5: Total business-related property, line 45** | **$510.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** + | **$1,500.00** |
| 62. | **Total personal property.** Add lines 56 through 61. ............ **$34,730.00** Copy personal property total ➡ + | **$34,730.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ..................................................... | **$1,893,630.00** |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 19 of 94

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **California**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:  Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **SFD 3bd 2 ba 1671 square feet**<br>**2543 Pinot Way Saint Helena, CA 94574-2317** | **$1,858,900.00** | ☑ **$91,900.00** | **C.C.P. § 704.730** |
| Line from *Schedule A/B:* **1.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $189,050?**

    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    　☐ No

    　☐ Yes

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 20 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2018 Jeep Wrangler** <br> Line from *Schedule A/B*: **3.2** | **$20,000.00** | ☑ **$2,764.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| Brief description: **Ordinary, reasonalbe houysehold goods and possesions** <br> Line from *Schedule A/B*: **6** | **$4,500.00** | ☑ **$4,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **TV, cell phones, computers, printer miscell** <br> Line from *Schedule A/B*: **7** | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **Painting, Simon Bull artist** <br> Line from *Schedule A/B*: **8** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **Boxing gym in Grage** <br> Line from *Schedule A/B*: **9** | **$900.00** | ☑ **$900.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **2 handguns** <br> Line from *Schedule A/B*: **10** | **$400.00** | ☑ **$400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **Clothes ($50-100 apiece)** <br> Line from *Schedule A/B*: **11** | **$5,000.00** | ☑ **$5,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 21 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Wedding bands, earrings, miscell modest costume jewelry** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| Line from *Schedule A/B:* **12** | | | |
| Brief description: **2 dogs** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Line from *Schedule A/B:* **13** | | | |
| Brief description: **Wells Fargo and BMO, varies, not over:**<br>**Checking account** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 706.051** |
| Line from *Schedule A/B:* **17** | | | |
| Brief description: **Desk, chair, printer etc.** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Line from *Schedule A/B:* **39** | | | |
| Brief description: **Accrued, as yet unpaid wages, not over:** | **$1,500.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 706.051** |
| Line from *Schedule A/B:* **53** | | | |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 22 of 94

Fill in this information to identify your case:

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **California**

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** **BMW Financial**

Creditor's Name

**Po Box 3608**

Number        Street

_____

**Dublin, OH 43016-0306**

City        State        ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**2023 BMW X5**
**Leased**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**  **0  8  0  2**

| | | $11,399.00 | unknown | $11,399.00 |
|---|---|---|---|---|

**Remarks:** Lease

| Add the dollar value of your entries in Column A on this page. Write that number here: | $11,399.00 |
|---|---|

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 23 of 94

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2** Chrysler Auto Finance

Creditor's Name

**P.O. Box6 660335**

Number        Street

**Dallas, TX 75266**

City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**     $17,236.00     $20,000.00     $0.00

**2018 Jeep Wrangler**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Last 4 digits of account number  ___ ___ ___ ___

---

**2.3** Goodleaf Solar

Creditor's Name

**Po Box 850717**

Number        Street

**Richardson, TX 75085-0717**

City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**     $117,000.00     $1,858,900.00     $0.00

**SFD 3bd 2 ba 1671 square feet**
**2543 Pinot Way Saint Helena, CA 94574-2317**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Last 4 digits of account number   **5   9   3   7**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $134,236.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **4**

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* | _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

| **NewRez/Shellpoint** | Describe the property that secures the claim: | $350,000.00 | $1,858,900.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Po Box 636005**

Number          Street

**Littleton, CO 80163-6005**

City          State          ZIP Code

Describe the property that secures the claim:

> **SFD 3bd 2 ba 1671 square feet**
> **2543 Pinot Way Saint Helena, CA 94574-2317**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **1   0   4   5**

**2.5**

| **Rocket Mortgage** | Describe the property that secures the claim: | $1,300,000.00 | $1,858,900.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Po Box 442357**

Number          Street

**Detroit, MI 48244-2357**

City          State          ZIP Code

Describe the property that secures the claim:

> **SFD 3bd 2 ba 1671 square feet**
> **2543 Pinot Way Saint Helena, CA 94574-2317**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,650,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,795,635.00 |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 25 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td>**Part 2:**</td><td>List Others to Be Notified for a Debt That You Already Listed</td></tr>
</table>

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.** Ref 24-03405-QQ-CANational Default Servicing Corporation

Name

**7720 N 16th St Ste 300**

Number          Street

**Phoenix, AZ 85020-7404**

City                          State            ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number ___ ___ ___ ___

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 26 of 94

Fill in this information to identify your case:

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **California**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| **4.1** | **Adventist Health** | Last 4 digits of account number ___ ___ ___ ___ | **$1,221.60** |
|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 51385**

When was the debt incurred?          **2004**

Number          Street

**Los Angeles, CA 90051-5685**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 27 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="3" style="background:black;color:white">**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.2**

**Amazon**

Nonpriority Creditor's Name

**P.O.Box 71711**

Number        Street

**Philadelphia, PA 19176**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   9   8   2   9     **$633.00**

When was the debt incurred?    **22-23**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**4.3**

**American Neighborhood Mortgage**

Nonpriority Creditor's Name

**c/o Cole et al law firm**

**25 Main Street, Court Plaza North**

Number        Street

**Hackensack, NJ 07602-0800**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___     **$65,754.25**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 28 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* _____ |
|----------|-----------|------------|----------|--------|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                          **Total claim**

---

**4.4**

**Amex Biz Loan City of Industry**

Nonpriority Creditor's Name

**P.O. Box 60189**

Number            Street

**City of Industry, CA 91716**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   8   7   4**          **$150,000.00**

**When was the debt incurred?**          **22-23**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business loan**

---

**4.5**

**Amex Bonvoy**

Nonpriority Creditor's Name

**P.O. Box 60189**

Number            Street

**City of Industry, CA 91716**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1   0   0   0**          **$8,630.00**

**When was the debt incurred?**          **22-23**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 29 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.6

**Amex Gold**
Nonpriority Creditor's Name

**P.O. Box 60189**

| Number | Street |
|---|---|

**City of Industry, CA 91716**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2   0   0   7**          **$20,952.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

### 4.7

**Amex Personal Loan LA address**
Nonpriority Creditor's Name

**P.O. Box 96002**

| Number | Street |
|---|---|

**Los Angeles, CA 90066**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1   0   0   8**          **$25,000.00**

**When was the debt incurred?**   **22-23**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal Loan**

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 30 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black; color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.8**

| **Amex Plat** | Last 4 digits of account number   **2**   **0**   **0**   **5** | **$51,183.00** |
|---|---|---|

Nonpriority Creditor's Name

**P.O.Box 60189**

Number      Street

**When was the debt incurred?** _____

**City of Industry, CA 91716**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.9**

| **Amex Plat Biz** | Last 4 digits of account number   **1**   **0**   **0**   **6** | **$65,080.00** |
|---|---|---|

Nonpriority Creditor's Name

**P.O Box 60189**

Number      Street

**When was the debt incurred?** _____

**City of Industry, CA 91716**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **business loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 31 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | | Case number *(if known)* _____ |
|----------|-----------|------------|----------|--|

| Debtor 2 | **Todd** | **David** | **Ryan** |
|----------|----------|-----------|----------|
| | First Name | Middle Name | Last Name |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|-------------|-----------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.10**  **Capital One Quicksilver**

Nonpriority Creditor's Name

**P.O.Box 60519**

Number          Street

**City of Industry, CA 91716**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7   4   5   5**

When was the debt incurred?          **22-23**

**$6,241.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.11**  **Capital One Venture**

Nonpriority Creditor's Name

**P.O. Box 60519**

Number          Street

**City of Industry, CA 91716**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2   0   8   6**

When was the debt incurred?          **22-23**

**$6,041.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 32 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.         **Total claim**

### 4.12 Capital One Venture

Nonpriority Creditor's Name

P.O. Box 60519

Number      Street

City of Industry, CA 91716

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7   2   6   0     **$10,597.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

### 4.13 Care Casroenterology Medical

Nonpriority Creditor's Name

Po Box 4517

Number      Street

Mission Viejo, CA 92690-4517

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___     **$5.29**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 33 of 94

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.14** **Chase Freedom**

Nonpriority Creditor's Name

**P.O. Box 6294**

Number          Street

**Carol Stream, IL 60197-6294**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5   6   8   2**          **$11,433.00**

**When was the debt incurred?**          **22-23**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.15** **Chase Sapphire**

Nonpriority Creditor's Name

**Po Box 6294**

Number          Street

**Carol Stream, IL 60197-6294**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   9   3   2**          **$33,890.00**

**When was the debt incurred?**          

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 34 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.16** **Comcast**

Nonpriority Creditor's Name

**1701 John F Kennedy Blvd**

Number          Street

**Center City, PA**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$226.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.17** **Destiny Mastercard**

Nonpriority Creditor's Name

**c/o Concora Credit**

**Po Box 4477**

Number          Street

**Beaverton, OR 97076-4401**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$1,165.19**

**When was the debt incurred?** **22-23**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 35 of 94

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.18**

**Northbrook Indemnity**

Nonpriority Creditor's Name

**c/o Credit Collection**

**Po Box 448**

Number                    Street

**Norwood, MA 02062-0448**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$295.03**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

---

**4.19**

**PG&E**

Nonpriority Creditor's Name

**Po Box 8329**

Number                    Street

**Stockton, CA 95208-0329**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$4,453.06**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 36 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.20**    **Providence Hospital**

Nonpriority Creditor's Name

**Po Box 31001**

Number      Street

**Pasadena, CA 91110-2000**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     **$1,412.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

---

**4.21**    **Restoration Hardware**

Nonpriority Creditor's Name

**P.O.Box 100114**

Number      Street

**Columbia, SC 29202**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1   4   2   1     **$38,357.00**

**When was the debt incurred?**   22-23

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 37 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* | _____ |
|----------|-----------|------------|----------|--------------------------|------------------------|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.22**    **Salli Mae Student Loan**

Nonpriority Creditor's Name

**Po Box 3319**

| Number | Street |
|--------|--------|

**Wilmington, DE 19804-4319**

| City | State | ZIP Code |
|------|-------|----------|

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Student loan, don't expect to be discharged

Last 4 digits of account number    7   1   3   8     **$42,650.66**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Student Loans**

---

**4.23**    **TD Bank**

Nonpriority Creditor's Name

**Synergetic Communications Inc**

**5450 Nw Central Dr Ste 220**

| Number | Street |
|--------|--------|

**Houston, TX 77092-2061**

| City | State | ZIP Code |
|------|-------|----------|

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___     **$38,337.19**

**When was the debt incurred?**     22-23

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 38 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number (if known) | |
|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2">**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.24**

**US SBA loan**

Nonpriority Creditor's Name

**Po Box 3918**

Number      Street

**Portland, OR 97208-3918**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business loan**

**$100,000.00**

---

**4.25**

**Wells Fargo Los Angeles**

Nonpriority Creditor's Name

**P.O.Box51193**

Number      Street

**Los Angeles, CA 90057**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   0   8   5

When was the debt incurred?   22-23

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$8,000.00**

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 39 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | | |
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1** **USCB America**
Name
**355 S Grand Ave Ste 3200 # 306**
Number          Street

**Los Angeles, CA 90071-1591**
City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

**2** **Clerk of the Suiperior Court BUR-1-000853-23**
Name
**P.O. Box 971**
Number          Street

**NJ 03625-0971**
City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

**3** **Colel Schotz PC**
Name
**25 Main Street Court Plaza North**
Number          Street

**Hackensack, NJ 07602-0800**
City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

**4** **Suttell & Hammer**
Name
**P.O. Box C-90006**
Number          Street

**Bellevue, WA 98009**
City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1   0   0   0**

**5** **Clerk of Court, Napa CV 24 001356**
Name
**825 Brown St**
Number          Street

**Napa, CA 94559-3031**
City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

**6** **Suttell & Hammer**
Name
**P.O. Box C-90006**
Number          Street

**Bellevue, WA 98009**
City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

Case: 25-10012     Doc# 1     Filed: 01/15/25     Entered: 01/15/25 13:32:44     Page 40 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | | Case number *(if known)* _____ |
|----------|-----------|------------|----------|--|

| Debtor 2 | **Todd** | **David** | **Ryan** |
|----------|----------|----------|----------|
| | First Name | Middle Name | Last Name |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**7**

| Clerk of Court, Napa 24 CV 001969 |
|---|
| Name |
| **825 Brown St** |
| Number     Street |
| |
| **Napa, CA 94559-3031** |
| City            State       ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.6** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**8**

| DA Services |
|---|
| Name |
| **No address provided, will not know about bky filing :(** |
| Number     Street |
| |
| City            State       ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.7** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**9**

| D & A Services |
|---|
| Name |
| **1400 E Touhy Ave Ste G3** |
| Number     Street |
| |
| **Des Plaines, IL 60018-3305** |
| City            State       ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**10**

| Suttell & Hammer |
|---|
| Name |
| **P.O. Box C-90006** |
| Number     Street |
| |
| **Bellevue, WA 98009** |
| City            State       ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**11**

| Clerk of Court 24 CV 001985 |
|---|
| Name |
| **825 Brown St** |
| Number     Street |
| |
| **Napa, CA 94559-3031** |
| City            State       ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 41 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**12** **Suttell & Hammer**
Name

**P.O. Box C-90006**
Number          Street

**Bellevue, WA 98009**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

---

**13** **Clerk of Court 24 CV 001355**
Name

**825 Brown St**
Number          Street

**Napa, CA 94559-3031**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

---

**14** **Sunrise Credit**
Name

**Po Box 9004**
Number          Street

**Melville, NY 11747-9004**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

---

**15** **Midland Capital Management**
Name

**Po Box 939069**
Number          Street

**San Diego, CA 92193-9069**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      0   4   3   2

---

**16** **Destiny Mastercard**
Name

**Po Box 96541**
Number          Street

**Charlotte, NC 28296-6541**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

---

**17** **Labcorp**
Name

**Po Box 2240**
Number          Street

**Burlington, NC 27216-2240**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

---

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 42 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

---

**18.** **NelNet Student loan**
Name

**Po Box 82561**
Number          Street

**Lincoln, NE 68501-2561**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.22__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**19.** **U.S. Dept of Education Studfent Loan**
Name

**Po Box 2837**
Number          Street

**Portland, OR 97208-2837**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.22__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**20.** **TD Bank**
Name

**Po Box 100114**
Number          Street

**Columbia, SC 29202-3114**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.23__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 43 of 94

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$691,557.70** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$691,557.70** |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 44 of 94

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number        Street | |
| City                    State        ZIP Code | |
| **2.2** | |
| Name | |
| Number        Street | |
| City                    State        ZIP Code | |
| **2.3** | |
| Name | |
| Number        Street | |
| City                    State        ZIP Code | |
| **2.4** | |
| Name | |
| Number        Street | |
| City                    State        ZIP Code | |

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**California**_____

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☑ Yes. In which community state or territory did you live? _____**California**_____. Fill in the name and current address of that person.

    **Ryan, Todd David**
    Name of your spouse, former spouse, or legal equivalent

    **2543 Pinot Way**
    Number      Street

    **St. Helena, CA**
    City      State      ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** <br><br> Name <br><br> Number   Street <br><br> City   State   ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** <br><br> Name <br><br> Number   Street <br><br> City   State   ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 46 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of California** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| | Occupation | | |
| Include part time, seasonal, or self-employed work. | Employer's name | **Finance of America** | **Finance of America** |
| | Employer's address | **2543 Pinot Way** | **2543 Pinot Way** |
| Occupation may include student or homemaker, if it applies. | | Number Street | Number Street |
| | | | |
| | | **Saint Helena, CA 94574** | **Saint Helena, CA 94574** |
| | | City   State   Zip Code | City   State   Zip Code |
| | How long employed there? | _____ | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$8,543.38** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$0.00** | **$8,543.38** |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................➔   4. | $0.00 | $8,543.38 |
| 5. | List all payroll deductions: | | |
| | 5a. **Tax, Medicare, and Social Security deductions**   5a. | $0.00 | $1,514.40 |
| | 5b. **Mandatory contributions for retirement plans**   5b. | $0.00 | $41.20 |
| | 5c. **Voluntary contributions for retirement plans**   5c. | $0.00 | $212.11 |
| | 5d. **Required repayments of retirement fund loans**   5d. | $0.00 | $0.00 |
| | 5e. **Insurance**   5e. | $0.00 | $528.21 |
| | 5f. **Domestic support obligations**   5f. | $0.00 | $0.00 |
| | 5g. **Union dues**   5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: __See additional page__   5h. + | $0.00 | + $914.47 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6. | $0.00 | $3,210.39 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $0.00 | $5,332.99 |
| 8. | List all other income regularly received: | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. | ($2,400.00) | $0.00 |
| | 8b. **Interest and dividends**   8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation**   8d. | $0.00 | $0.00 |
| | 8e. **Social Security**   8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____   8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income**   8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____   8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. | ($2,400.00) | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.   10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | ($2,400.00) + | $5,332.99 = $2,932.99 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + _____ $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $2,932.99

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | Case number *(if known)* _____ |
|----------|-----------|------------|----------|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| **5h. Other Deductions For Debtor 2 or non-filing spouse** | |
| Other | **$914.47** |

Official Form 106I                      **Schedule I: Your Income**                      page **3**

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

8a. Attached Statement

# Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | **$0.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | $0.00 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $0.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $0.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $2,400.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $2,400.00 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | ($2,400.00) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of California** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent...............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Child | 19 | ☐ No. ☑ Yes. |
   | Child | 15 | ☐ No. ☑ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $825.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $0.00 |

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 51 of 94

| | | Your expenses |
|---|---|---|

5.  Additional mortgage payments for your residence, such as home equity loans — 5. **$0.00**

6.  **Utilities:**

   6a.  Electricity, heat, natural gas — 6a. **$450.00**

   6b.  Water, sewer, garbage collection — 6b. **$639.00**

   6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. **$6,790.00**

   6d.  Other. Specify: **See Additional Page** — 6d. **$280.00**

7.  **Food and housekeeping supplies** — 7. **$4,500.00**

8.  **Childcare and children's education costs** — 8. **$0.00**

9.  **Clothing, laundry, and dry cleaning** — 9. **$250.00**

10. **Personal care products and services** — 10. **$245.00**

11. **Medical and dental expenses** — 11. **$186.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. **$300.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. **$190.00**

14. **Charitable contributions and religious donations** — 14. **$60.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance — 15a. **$390.00**

   15b. Health insurance — 15b. **$1,742.00**

   15c. Vehicle insurance — 15c. **$584.00**

   15d. Other insurance. Specify: **Pet Insurance** — 15d. **$394.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____ — 16. **$1,290.00**

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1 **2023 BMW X5** — 17a. **$1,450.00**

   17b. Car payments for Vehicle 2 **2018 Jeep Wrangler** — 17b. **$906.00**

   17c. Other. Specify: **IRS** — 17c. **$1,290.00**

   17d. Other. Specify: **FTB** — 17d. **$450.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
    from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. **$0.00**

19. **Other payments you make to support others who do not live with you.**
    Specify: **Rhett college** — 19. **$950.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a. Mortgages on other property — 20a. **$0.00**

   20b. Real estate taxes — 20b. **$0.00**

   20c. Property, homeowner's, or renter's insurance — 20c. **$0.00**

   20d. Maintenance, repair, and upkeep expenses — 20d. **$0.00**

   20e. Homeowner's association or condominium dues — 20e. **$0.00**

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 52 of 94

21. **Other.** Specify: __Student loan -_____ 21. + _____ $341.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a. _____ $24,502.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. _____ $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c. _____ $24,502.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a. _____ $2,932.99

    23b. Copy your monthly expenses from line 22c above.    23b. − _____ $24,502.00

    23c. Subtract your monthly expenses from your monthly income.

        The result is your *monthly net income.*    23c. _____ ($21,569.01)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 53 of 94

|  | Amount |
|---|---|
| **6d. Other Utilities** | |
| cable | $145.00 |
| garbage | $135.00 |

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 54 of 94

Fill in this information to identify your case:

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of California**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | **$1,858,900.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................ | **$34,730.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................................ | **$1,893,630.00** |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,795,635.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $691,557.70** |
| **Your total liabilities** | **$2,487,192.70** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*................................................................ | **$2,932.99** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................ | **$24,502.00** |

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

| **Part 4:** | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

**$15,707.61**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$0.00** |

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 56 of 94

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of California**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Megan Deanna Ryan**
Megan Deanna Ryan, Debtor 1

X **/s/ Todd David Ryan**
Todd David Ryan, Debtor 2

Date **01/10/2025**
        MM/ DD/ YYYY

Date **01/10/2025**
        MM/ DD/ YYYY

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|----------|-----------|------------|----------|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|-----------|----------------------------|-----------|----------------------------|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____  To _____ | Number    Street | From _____  To _____ |
| City            State   ZIP Code | | City            State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____  To _____ | Number    Street | From _____  To _____ |
| City            State   ZIP Code | | City            State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 58 of 94

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $2,681.00 |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $84,084.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $71,552.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $86,182.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $12,000.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | | | EDD | $4,080.00 |

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 59 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|----------|-----------|------------|----------|--|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/1/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|--|------------------|-------------------|----------------------|------------------------|
| _____<br>Creditor's Name | _____ | _____ | _____ | ☐ Mortgage<br>☐ Car |
| _____<br>Number    Street | _____ | | | ☐ Credit card<br>☐ Loan repayment |
| _____<br>City      State   ZIP Code | _____ | | | ☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|--|------------------|-------------------|----------------------|--------------------------|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City      State   ZIP Code | _____ | | | |

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 60 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number      Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City          State    ZIP Code | | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **American Express v. Megan Ryan and Ryan Marketing Group** | **Credit card collection** | **Napa Supeiror Court**<br>Court Name<br>**24CV001715**<br>**825 Brown St**<br>Number      Street<br>**Napa, CA 94559-3031**<br>City                     State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **24CV001356** | | | |
| Case title | **American Express v Megan Ryan and Ryan Marketing Group** | **Credit collectoin** | **Napa Supeiror Court**<br>Court Name<br>**24CV001715**<br>**825 Brown St**<br>Number      Street<br>**Napa, CA 94559-3031**<br>City                     State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **24 CV 001355** | | | |

| | Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|---|---|---|---|---|---|
| | Debtor 2 | **Todd** | **David** | **Ryan** | |
| | | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **American Express v Megan Ryan** | **Collection** | **Napa Superior Court 24 CV 001965**<br>Court Name<br>**825 Brown St**<br>Number        Street<br>**Napa, CA 94559-3031**<br>City                State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **24 CV 001965** | | | |
| Case title | **American Express v Megan Ryan** | **Collection** | **Napa Superior 24 CV 001969**<br>Court Name<br>**825 Brown St**<br>Number        Street<br>**Napa, CA 94559-3031**<br>City                State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **24 CV 001969** | | | |
| Case title | **American Neighborhood Mortgage v Megan Deanna Ryan** | **Collection** | **New Jersey, Burlington Cunty Court P.O. Box 971, Trenton, NJ**<br>Court Name<br>**BUR-L-000853-23**<br>**Po Box 971**<br>Number        Street<br>**Trenton, NJ 08625-0971**<br>City                State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **Bur-L-000853-23** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | _____<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | _____ |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Megan | Deanna | Ryan | | |
|---|---|---|---|---|---|
| Debtor 2 | Todd | David | Ryan | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| _____ | | | |
| Number       Street | | _____ | _____ |
| _____ | | | |
| City                State     ZIP Code | | | |
| | Last 4 digits of account number: XXXX– — — — — | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | | |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ | | | |
| Number       Street | | | |
| _____ | | | |
| City                State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

Case: 25-10012    Doc#: 1    Filed: 01/15/25    Entered: 01/15/25 15:32:44    Page 63 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| | | | |
| Number         Street | | | |
| | | | |
| City                    State      ZIP Code | | | |

## Part 6: List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7: List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Vos, John**<br>Person Who Was Paid | **3200 fees plus court clerk costs 338** | **2024** | **$3,200.00** |
| **1430 Lincoln Avenue**<br>Number      Street | | | |
| **San Rafael, CA 94901**<br>City                    State      ZIP Code | | | |
| _____<br>Email or website address | | | |
| **Megan Ryan**<br>Person Who Made the Payment, if Not You | | | |

Case: 25-10012      Doc# 1      Filed: 01/15/25      Entered: 01/15/25 13:32:44      Page 64 of 94

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid _____ | | | |
| | | _____ | _____ |
| Number    Street _____ | | _____ | _____ |
| _____ | | | |
| City            State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer _____ | | | |
| | | | _____ |
| Number    Street _____ | | | |
| _____ | | | |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| | | _____ |
| _____ | | |

Case: 25-10012     Doc# 1     Filed: 01/15/25     Entered: 01/15/25 13:32:44     Page 65 of 94

| | | | |
|---|---|---|---|
| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number      Street**<br><br>_____<br><br>_____<br>**City           State    ZIP Code** | **XXXX–** ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number      Street**<br><br>_____<br><br>_____<br>**City           State    ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number      Street**<br><br>_____<br>**City           State    ZIP Code** | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 66 of 94

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No |
| | | | ☐ Yes |
| **Number**   **Street** | **Number**   **Street** | | |
| | | | |
| **City**    **State**   **ZIP Code** | **City**    **State**   **ZIP Code** | | |

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Owner's Name** | **Number**   **Street** | | _____ |
| **Number**   **Street** | **City**    **State**   **ZIP Code** | | |
| **City**    **State**   **ZIP Code** | | | |

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 67 of 94

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

Name of site _____

Governmental unit _____

Number    Street _____

Number    Street _____

_____

City    State    ZIP Code

City    State    ZIP Code

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

Name of site _____

Governmental unit _____

Number    Street _____

Number    Street _____

_____

City    State    ZIP Code

City    State    ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|

Case title _____

Court Name _____

☐ Pending
☐ On appeal
☐ Concluded

_____

Number    Street _____

Case number _____

City    State    ZIP Code

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 68 of 94

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☑ An officer, director, or managing executive of a corporation
- ☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Ryan Marketing Group, Inc. | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | EIN: 8 2 – 2 7 4 4 4 1 1 |
| 2543 Pinot Way | Name of accountant or bookkeeper | Dates business existed |
| **Number    Street** | | |
| Saint Helena, CA 94574-2317 | | From _____ To _____ |
| **City             State      ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number    Street** | |
| _____ | |
| _____ | |
| **City             State      ZIP Code** | |

Case: 25-10012     Doc# 1     Filed: 03/13/25     Entered: 03/13/25 15:32:44     Page 69 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 12:** | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Megan Deanna Ryan** _____        **X** **/s/ Todd David Ryan** _____

Signature of Megan Deanna Ryan, Debtor 1                Signature of Todd David Ryan, Debtor 2

Date **01/10/2025** _____                Date **01/10/2025** _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of California**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Rocket Mortgage** <br><br> Description of property securing debt: **SFD 3bd 2 ba 1671 square feet** <br> **2543 Pinot Way Saint Helena, CA 94574-2317** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☑ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Creditor's name: **NewRez/Shellpoint** <br><br> Description of property securing debt: **SFD 3bd 2 ba 1671 square feet** <br> **2543 Pinot Way Saint Helena, CA 94574-2317** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☑ Retain the property and [explain]: | ☐ No <br> ☑ Yes |

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## ▮ Additional Page for Part 1

| | | |
|---|---|---|
| Creditor's name: | **BMW Financial** | ☐ Surrender the property. |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **2023 BMW X5**<br>**Leased** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |
| | | ☑ Retain the property and [explain]: |

☑ No
☐ Yes

---

| | | |
|---|---|---|
| Creditor's name: | **Chrysler Auto Finance** | ☐ Surrender the property. |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **2018 Jeep Wrangler** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |
| | | ☑ Retain the property and [explain]: |

☐ No
☑ Yes

---

| | | |
|---|---|---|
| Creditor's name: | **Goodleaf Solar** | ☐ Surrender the property. |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **SFD 3bd 2 ba 1671 square feet**<br>**2543 Pinot Way Saint Helena, CA 94574-2317** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |
| | | ☑ Retain the property and [explain]: |

☐ No
☑ Yes

**Part 2:** List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |

**Part 3:** Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Megan Deanna Ryan _____  **X** /s/ Todd David Ryan _____
Signature of Debtor 1                    Signature of Debtor 2

Date **01/10/2025** _____            Date **01/10/2025** _____
MM/ DD/ YYYY                       MM/ DD/ YYYY

# United States Bankruptcy Court
## Northern District of California

**In re**    Ryan, Megan Deanna

       Ryan, Todd David                                 Case No. _____

**Debtor**                                              Chapter _____**7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ _____ **$0.00**

Prior to the filing of this statement I have received ................................................................ _____ **$0.00**

Balance Due ................................................................................................................................ _____ **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Page 1 of 2

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/10/2025** | **/s/ John Vos** |
|---|---|
| *Date* | John Vos |
| | *Signature of Attorney* |

Bar Number: 80790
Vos Law Office
1430 Lincoln Avenue
San Rafael, CA 94901
Phone: (415) 485-5330

**Vos Law Office**
*Name of law firm*

Page 2 of 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Megan** First Name | **Deanna** Middle Name | **Ryan** Last Name |
| Debtor 2 (Spouse, if filing) | **Todd** First Name | **David** Middle Name | **Ryan** Last Name |
| United States Bankruptcy Court for the: | | **Northern District of California** | |
| Case number (if known) | | | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $9,862.44 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $6,245.17 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $400.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $5,845.17 | $0.00 | Copy here → | $5,845.17 | $0.00 |

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
|---|---|---|---|

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 15:32:44    Page 76 of 94

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

| | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................................. ↓

For you................................................................. $0.00

For your spouse.................................................... $0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $0.00 | $0.00 |

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.    + _____    + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $5,845.17 | + | $9,862.44 | = | **$15,707.61** |

**Total current monthly income**

---

**Part 2: Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11........................................................ **Copy line 11 here →**   **$15,707.61**

Multiply by 12 (the number of months in a year).     **x 12**

12b. The result is your annual income for this part of the form.     12b.   **$188,491.32**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    | California |

Fill in the number of people in your household.    | 4 |

Fill in the median family income for your state and size of household............................................ 13.   **$127,096.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☑ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 77 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|----------|-----------|------------|----------|
| Debtor 2 | **Todd**  | **David**  | **Ryan** |
|          | First Name | Middle Name | Last Name |

Case number *(if known)* _____

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Megan Deanna Ryan _____

Signature of Debtor 1

Date **01/10/2025**
    MM/ DD/ YYYY

**X** /s/ Todd David Ryan _____

Signature of Debtor 2

Date **01/10/2025**
    MM/ DD/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

<table>
<tr><td>

Fill in this information to identify your case:

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Northern District of California**

Case number (if known) _____

</td><td>

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A-2

# Chapter 7 Means Test Calculation

04/22

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

---

**Part 1:** Determine Your Adjusted Income

---

1. **Copy your total current monthly income.** ................................ Copy line 11 from Official From 122A-1 here →.............. **$15,707.61**

2. **Did you fill out Column B in Part 1 of Form 122A-1?**

   ☐ No. Fill in $0 for the total on line 3.

   ☑ Yes. Is your spouse filing with you?

       ☐ No. Go to line 3.

       ☑ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 for the total on line 3.

   ☐ Yes. Fill in the information below:

   | **State each purpose for which the income was used** For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | **Fill in the amount you are subtracting from your spouse's income** |
   |---|---|
   | _____ | _____ |
   | _____ | _____ |
   | _____ | + _____ |
   | **Total** ............................................................ | **$0.00** |

   Copy total here.......→

   − _____ **$0.00**

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1.

   | **$15,707.61** |
   |---|

---

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 79 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|---|---|---|---|---|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. **To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household. | 4 |

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items. | **$2,027.00** |

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| 7a. | Out-of-pocket health care allowance per person | **$83.00** | | |
|---|---|---|---|---|
| 7b. | Number of people who are under 65 | X **4** | | |
| 7c. | Subtotal. Multiply line 7a by line 7b. | **$332.00** | Copy here → | **$332.00** |

**People who are 65 years of age or older**

| 7d. | Out-of-pocket health care allowance per person | **$158.00** | | |
|---|---|---|---|---|
| 7e. | Number of people who are 65 or older | X **0** | | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | **$0.00** | Copy here → | + **$0.00** |

| 7g. | Total. Add lines 7c and 7f. ......................................................... | **$332.00** | Copy total here → | **$332.00** |

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 80 of 94

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

■ Housing and utilities – Insurance and operating expenses

■ Housing and utilities – Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.   **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses..............................................................................   **$911.00**

9.   **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses..............................................   **$3,322.00**

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

     To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Rocket Mortgage** | **$7,266.00** |
| **NewRez/Shellpoint** | **$3,095.00** |
| **Goodleaf Solar** | + **$0.00** |

     Total average monthly payment   **$10,361.00**   Copy here →   − **$10,361.00**   Repeat this amount on line 33a.

   9c. Net mortgage or rent expense.

     Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0...................................................   **$0.00**   Copy here →   **$0.00**

10.   **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   **$0.00**

   Explain why: _____

11.   **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

   ☐ 0. Go to line 14.

   ☐ 1. Go to line 12.

   ☑ 2 or more. Go to line 12.

12.   **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.   **$546.00**

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 81 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| Debtor 2 | **Todd** | **David** | **Ryan** |
|  | First Name | Middle Name | Last Name |

Case number *(if known)* _____

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **2023 BMW X5** |
|---|---|---|
|  |  | **Leased** |

13a. Ownership or leasing costs using IRS Local Standard....................................   **$619.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **BMW Financial** | **$1,450.00** |
|  |  |
| + | |

Total average monthly payment   **$1,450.00**   Copy here →   − **$1,450.00**   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense

Subtract line 13b from line 13a. If this number is less than $0, enter $0.............   **$0.00**   **Copy net Vehicle 1 expense here....→**   **$0.00**

| Vehicle 2 | Describe Vehicle 2: | **2018 Jeep Wrangler** |

13d. Ownership or leasing costs using IRS Local Standard....................................   **$619.00**

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Chrysler Auto Finance** | **$906.00** |
|  |  |
| + | |

Total average monthly payment   **$906.00**   Copy here →   − **$906.00**   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense

Subtract line 13e from line 13d. If this number is less than $0, enter $0.............   **$0.00**   **Copy net Vehicle 2 expense here....→**   **$0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.   _____

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.*   **$0.00**

Case: 25-10012   Doc# 1   Filed: 01/15/25   Entered: 01/15/25 13:32:44   Page 82 of 94

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:**                                                                                                     $1,747.92
    The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, selfemployment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
    Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and            $47.53
    uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together,            $0.00
    include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as            $0.00
    spousal or child support payments.

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:            $0.00
    - as a condition for your job, or
    - for your physically or mentally challenged dependent child if no public education is available for similar services.

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.            $0.00
    Do not include payments for any elementary or secondary school education.

22. **Additional health care expenses, excluding insurance costs:**            $0.00
    The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7. Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your     +       $0.00
    dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**            $5,611.45
    Add lines 6 through 23.

Case: 25-10012     Doc# 1     Filed: 01/15/25     Entered: 01/15/25 13:32:44     Page 83 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** | |
|----------|-----------|------------|----------|--|
| Debtor 2 | **Todd** | **David** | **Ryan** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test.<br>*Note:* Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | | $505.69 |
| Disability insurance | | $103.45 |
| Health savings account | + | $0.00 |
| Total | | $609.14 |

Copy total here → ............................. $609.14

Do you actually spend this total amount?

☐ No. How much do you actually spend? _____

☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).  $0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.  $0.00

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.  $0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $189.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.  $0.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/25, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.  $0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 126 U.S.C. § 170(c)(1)-(2).  +  $0.00

32. **Add all of the additional expense deductions.**  $609.14
Add lines 25 through 31.

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 84 of 94

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    | | Average monthly payment |
    |---|---|

    **Mortgages on your home**

    33a. Copy line 9b here ............................................................→    **$10,361.00**

    **Loans on your first two vehicles**

    33b. Copy line 13b here ...........................................................→    **$1,450.00**

    33c. Copy line 13e here ...........................................................→    **$906.00**

    33d. List other secured debts:

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | _____ | _____ | ☐ No ☐ Yes | _____ |
    | _____ | _____ | ☐ No ☐ Yes | _____ |
    | _____ | _____ | ☐ No ☐ Yes | + _____ |

    33e. Total average monthly payment. Add lines 33a through 33d. .................................    **$12,717.00**    Copy total here→    **$12,717.00**

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☐ No. Go to line 35.

    ☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

    | Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
    |---|---|---|---|---|
    | **NewRez/Shellpoint** | **SFD 3bd 2 ba 1671 square feet** <br> **2543 Pinot Way Saint Helena, CA 94574-2317** | **$27,000.00** | ÷ 60 = | **$450.00** |
    | _____ | _____ | _____ | ÷ 60 = | _____ |
    | _____ | _____ | _____ | ÷ 60 = | + _____ |
    | | | Total | **$450.00** | Copy total here→   **$450.00** |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony— that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ☑ No. Go to line 36.

    ☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

         Total amount of all past-due priority claims............................................................    _____    ÷ 60 ≡    _____

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 85 of 94

**36.** **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☑ **No.** Go to line 37.

☐ **Yes.** Fill in the following information.

> Projected monthly plan payment if you were filing under Chapter 13 _____
>
> Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    **x** _____
>
> To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.
>
> Average monthly administrative expense if you were filing under Chapter 13    _____    **Copy total here →**    _____

**37.** **Add all of the deductions for debt payment.**
Add lines 33e through 36.....................................................................................................    **$13,167.00**

---

### Total Deductions from Income

**38.** **Add all of the allowed deductions.**

| | |
|---|---:|
| Copy line 24, *All of the expenses allowed under IRS expense allowances* ............................... | **$5,611.45** |
| Copy line 32, *All of the additional expense deductions* ......... | **$609.14** |
| Copy line 37, *All of the deductions for debt payment* .............. **+** | **$13,167.00** |
| Total deductions | **$19,387.59** |

Copy total here··························· →    **$19,387.59**

---

### Part 3: Determine Whether There Is a Presumption of Abuse

**39.** **Calculate monthly disposable income for 60 months**

39a.    Copy line 4, *adjusted current monthly income* .....    **$15,707.61**

39b.    Copy line 38, *Total deductions*..........    **−**    **$19,387.59**

39c.    Monthly disposable income. 11 U.S.C. § 707(b)(2).    **($3,679.98)**    **Copy here →**    **($3,679.98)**
Subtract line 39b from line 39a.

For the next 60 months (5 years) ................................................................    **x 60**

39d.    **Total**. Multiply line 39c by 60. ..................    **($220,798.80)**    **Copy here →**    **($220,798.80)**

**40.** **Find out whether there is a presumption of abuse.** Check the box that applies:

☑ **The line 39d is less than $9,075.00\***. On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **The line 39d is more than $15,150.00\***. On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

☐ **The line 39d is at least $9,075.00\*, but not more than $15,150.00\*.** Go to line 41.

\* Subject to adjustment on 4/01/25, and every 3 years after that for cases filed on or after the date of adjustment

Case: 25-10012    Doc# 1    Filed: 01/15/25    Entered: 01/15/25 13:32:44    Page 86 of 94

| Debtor 1 | **Megan** | **Deanna** | **Ryan** |
| Debtor 2 | **Todd** | **David** | **Ryan** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

41. 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form...........................................   _____

                            x  .25

    41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I). Multiply line 41a by 0.25.

                         _____  **Copy here →**  _____

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

    Check the box that applies:

    ☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

## Part 4:   Give Details about Special Circumstances

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

    ☑ No.     Go to part 5.

    ☐ Yes.    Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

            You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## Part 5:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Megan Deanna Ryan _____      **X** /s/ Todd David Ryan _____

    Signature of Debtor 1                                         Signature of Debtor 2

Date  **01/10/2025** _____                         Date  **01/10/2025** _____

        MM/  DD/  YYYY                                             MM/  DD/  YYYY

Case: 25-10012  Doc# 1  Filed: 01/15/25  Entered: 01/15/25 13:32:44  Page 87 of 94

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

IN RE: **Ryan, Megan Deanna**
      **Ryan, Todd David**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **01/10/2025**     Signature       **/s/ Megan Deanna Ryan**
                                                 Megan Deanna Ryan, Debtor

Date   **01/10/2025**     Signature       **/s/ Todd David Ryan**
                                                 Todd David Ryan, Joint Debtor

Adventist Health
Po Box 51385
Los Angeles, CA 90051-5685

Amazon
P.O.Box 71711
Philadelphia, PA 19176

American Neighborhood
Mortgage
c/o Cole et al law firm
25 Main Street, Court Plaza North
Hackensack, NJ 07602-0800

Amex Biz Loan City of
Industry
P.O. Box 60189
City of Industry, CA 91716

Amex Bonvoy
P.O. Box 60189
City of Industry, CA 91716

Amex Gold
P.O. Box 60189
City of Industry, CA 91716

Amex Personal Loan LA
address
P.O. Box 96002
Los Angeles, CA 90066

Amex Plat
P.O.Box 60189
City of Industry, CA 91716

**Amex Plat Biz**
P.O Box 60189
City of Industry, CA 91716

**BMW Financial**
Po Box 3608
Dublin, OH 43016-0306

**Capital One Quicksilver**
P.O.Box 60519
City of Industry, CA 91716

**Capital One Venture**
P.O. Box 60519
City of Industry, CA 91716

**Care Casroenterology Medical**
Po Box 4517
Mission Viejo, CA 92690-4517

**Chase Freedom**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Chase Sapphire**
Po Box 6294
Carol Stream, IL 60197-6294

**Chrysler Auto Finance**
P.O. Box6 660335
Dallas, TX 75266

Clerk of Court 24 CV 001355
825 Brown St
Napa, CA 94559-3031

Clerk of Court 24 CV 001985
825 Brown St
Napa, CA 94559-3031

Clerk of Court, Napa 24 CV
001969
825 Brown St
Napa, CA 94559-3031

Clerk of Court, Napa CV 24
001356
825 Brown St
Napa, CA 94559-3031

Clerk of the Suiperior Court
BUR-1-000853-23
P.O. Box 971
NJ 03625-0971

Colel Schotz PC
25 Main Street Court Plaza North
Hackensack, NJ 07602-0800

Comcast
1701 John F Kennedy Blvd
Center City, PA

D & A Services
1400 E Touhy Ave Ste G3
Des Plaines, IL 60018-3305

**DA Services**
No address provided, will not know about
bky filing :(

**Destiny Mastercard**
c/o Concora Credit
Po Box 4477
Beaverton, OR 97076-4401

**Destiny Mastercard**
Po Box 96541
Charlotte, NC 28296-6541

**Goodleaf Solar**
Po Box 850717
Richardson, TX 75085-0717

**Labcorp**
Po Box 2240
Burlington, NC 27216-2240

**Midland Capital Management**
Po Box 939069
San Diego, CA 92193-9069

**NelNet Student loan**
Po Box 82561
Lincoln, NE 68501-2561

**NewRez/Shellpoint**
Po Box 636005
Littleton, CO 80163-6005

Northbrook Indemnity
c/o Credit Collection
Po Box 448
Norwood, MA 02062-0448

PG&E
Po Box 8329
Stockton, CA 95208-0329

Providence Hospital
Po Box 31001
Pasadena, CA 91110-2000

Ref 24-03405-QQ-CANational
Default Servicing Corporation
7720 N 16th St Ste 300
Phoenix, AZ 85020-7404

Restoration Hardware
P.O.Box 100114
Columbia, SC 29202

Rocket Mortgage
Po Box 442357
Detroit, MI 48244-2357

Salli Mae Student Loan
Po Box 3319
Wilmington, DE 19804-4319

Sunrise Credit
Po Box 9004
Melville, NY 11747-9004

Suttell & Hammer
P.O. Box C-90006
Bellevue, WA 98009


TD Bank
Synergetic Communications Inc
5450 Nw Central Dr Ste 220
Houston, TX 77092-2061


TD Bank
Po Box 100114
Columbia, SC 29202-3114


U.S. Dept of Education
Studfent Loan
Po Box 2837
Portland, OR 97208-2837


US SBA loan
Po Box 3918
Portland, OR 97208-3918


USCB America
355 S Grand Ave Ste 3200 # 306
Los Angeles, CA 90071-1591


Wells Fargo Los Angeles
P.O.Box51193
Los Angeles, CA 90057